IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT THEODORE DAMICO**<br><br>*Plaintiff,*<br><br>v.<br><br>**HARRAH'S PHILADELPHIA CASINO & RACETRACK a/k/a CHESTER DOWNS AND MARINA, LLC, et al.**<br><br>*Defendants*. | CIVIL ACTION<br>NO. 14-06091 |

## ORDER

**AND NOW**, this 23rd day of February, 2016, upon consideration of Defendants Harrah's Philadelphia Casino & Racetrack ("Harrah's") and Ryan Buch's ("Buch") Motions for Summary Judgment (ECF Nos. 27, 28) (collectively the "Motions"), Plaintiff Vincent Theodore Damico's ("Damico") Responses (ECF Nos. 42, 43), and a Reply filed by Harrah's (ECF No. 44), it is

**ORDERED** that Defendants' Motions are **GRANTED.** Judgment is entered in favor of Harrah's and Buch and against Damico. This case is dismissed and the Clerk of Court shall close this matter.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.